ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes

TRACY A. HINO  #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00553 SOM |
| Plaintiff, ) | (Indictment) |
| ) | CR. NO. 05-00510 SOM |
| vs. ) | (Information) |
| ) | |
| MARCO CARRILLO-ESQUIVEL, ) | ORDER FOR DISMISSAL OF |
| Defendant. ) | INDICTMENT |

ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to the plea agreement filed in connection with this case, the Defendant pled guilty to counts 1 through 4 of the Information filed in Cr. No. 05-00510 SOM and the Government agreed to dismiss the related Indictment filed in Cr. No. 03-00553 SOM.

Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment pursuant to the plea agreement filed in connection with this case.

DATED: Honolulu, Hawaii, _Dec. 23, 2005_.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
TRACY A. HINO
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NO OBJECTION:

_____
KEVIN F. MCCOY, ESQ.
Attorney for Defendant

Leave of court is granted for the filing of the foregoing dismissal.

_____
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States v. Marco Carrillo-Esquivel
Cr. No. 03-00553 SOM (Indictment)
Cr. No. 05-00510 SOM (Information)
"Order For Dismissal of Indictment"