AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00553 SOM 002 |

MARCO CARRILLO-ESQUIVEL

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST MARCO CARRILLO-ESQUIVEL and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Bank Fraud - Counts 1 through 28

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at __ o'clock __ __ P __ M
SUE ___

in violation of Title 18 United States Code, Section(s) 1344.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signed)* Barbara Yamada | November 25, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail     By: Kevin S. C. Chang, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Anchorage, Ak

| Date Received 11/25/03 | NAME AND TITLE OF ARRESTING OFFICER Brent C.L. Nahari for USMS/D-AK | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 11/7/05 | | |